## Neta Matson, Appellant, v. Bessie M. Holliday, Appellee.

Gen. No. 47,588.

First District, Third Division.
February 17, 1960.
Rehearing denied April 14, 1960.
Released for publication April 14, 1960.

Neta Matson, pro se, plaintiff-appellant; Warren J. Hickey and Edward Wolfe, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**